**Electronically Filed
Supreme Court
SCPR-19-0000472
18-JUL-2019
09:57 AM**

SCPR-19-0000472

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN RE LORNA A. NISHIMITSU, Petitioner.

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon consideration of Petitioner Lorna A. Nishimitsu's petition to resign and surrender her license to practice law in the State of Hawaiʻi, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the affidavits submitted in support thereof, we conclude that Petitioner Nishimitsu has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Lorna A. Nishimitsu, attorney number 2291, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED: Honolulu, Hawaiʻi, July 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

